**FILED - GR**
August 11, 2025 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: \_\_\_ / 8/11

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

CHARLS PETER NIPHONG #00371296

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Deputy STUTZMAN 31404

**1:25-cv-920**
**Hala Jarbou- U.S. District Judge**
**Maarten Vermaat - U.S Magistrate**

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐   No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending?    Yes ☐   No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

   _____

3. Did you appeal the decision?    Yes ☐   No ☐

4. Is the appeal still pending?    Yes ☐   No ☐

   a. If not pending, what was the decision on appeal? _____

   _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐

   a. If so, explain: _____

II. **Parties**

   A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Charls peter Niphong**

Place of Present Confinement **Kent County Correctional Facility**

Address **703 Ball Ave NE, Grand Rapids MI 49503**

Place of Confinement During Events Described in Complaint **Kent County County Correctional Facility**

   B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **STUTZMAN 31404**

Position or Title **DEPUTY / Correctional Officers**

Place of Employment **Kent County Correctional Facility**

Address **703 Ball Ave NE Grand Rapids MI 49503**

Official and/or personal capacity? **DEPUTY**

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

- 3 -

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 07/09/2025 a physical altercation with another inmate An I took place In kent county Jail. Incident #25004399, at approximately 17:37pm ET. Deputy Stutzman whom was working the M2 unit, Ignored giving command's such as "get on the ground," or the use of a taser. Deputy Immidenly deploed and discharged his taser upon his arrival to the altercation scene, without giving me an option or Choose to Lie down or Surrender Voluntary.

Upon Stutzman's Intervension no Violence was occuring the other Inmate an I each swung In the Air once. Additonally no aggression was taking place as both of us we're standing withen 4 to 5 feet away from each other. Deputy than Intervens, runing from across the Unit and without anticipating prouedures, or policies, or any Instructions fires his taser which shocked me near the left part of my chest. close to the heart.

A taser to subdue In that circumstance was readily more unreasonable, Inappropriate. And a clear Violation of the Eight amendment cruel and unsual punisment.

## IV. Relief

State briefly and precisely what you want the court to do for you.

Deupty used Malicious force, an In unlawful act of omission. And should be held responsible, For the Sadistically harm of physical pain, emotional pain, metal anguish. In the amount of 100,000.00.

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

08/07/2025
**Date**

Charls NiPhong
**Signature of Plaintiff**

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Name *Charls Niphong*
Kent County Correctional Facility
703 Ball Ave NE
Grand Rapids MI 49503

GRAND RAPIDS MI 493

8 AUG 2025  PM 4  L



U.S District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

49503-231799